IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM MARKS, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | CIVIL ACTION H-12-1898 |
| CLINTON F. GREENWOOD, WILLIAM BRUCE JORDAN, and LARRY RAY SHIMEK, | § § § § § | |
| Defendants. | § | |

## OPINION AND ORDER STAYING CASE

In the above referenced cause, grounded in 42 U.S.C. § 1983, the United States Constitution, the Texas Business and Commerce Code, the Texas Penal Code, and common law, *pro se* Plaintiff William Marks alleges that Defendants Clinton Francis Greenwood, William Bruce Jordan, and Larry Ray Shimek have colluded in an ongoing practice of infringing Plaintiff's fundamental civil liberties and rights by pursuing false criminal charges against him.

Pending before the Court is Defendant Agent Larry R. Shimek's opposed motion to stay this case pending the conclusion of a grand jury's investigation pf Plaintiff in Harris County, Texas so as not to impeded the state's criminal investigation. *Quackenbush v. Allstate Ins. Co.*, 517 U.S. 706, 721 (1996)(where there is a dispute pending in state court, "an order merely staying the

[federal] action 'does not constitute abnegation of the judicial duty. On the contrary it is a wise and productive discharge of it. There is only postponement of decision for its best fruition.").

After reviewing the record and the applicable law, the Court agrees with Defendant Shimek that a stay is appropriate. Accordingly, the Court

ORDERS that Shimek's motion for stay (#7) is GRANTED and this case is STAYED pending completion of Harris County's criminal investigation. The parties are ordered to inform the Court within twenty days of the resolution of that investigation and the result of those proceedings.

**SIGNED** at Houston, Texas, this 13th day of August, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE